**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ALMA LYNN GATES**                                                                                **PLAINTIFF**

**V.**                                           **NO. 4:13CV00055-SA-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                 **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and record of this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated December 4, 2013, was on that date duly served upon the *pro se* plaintiff and counsel for the defendant; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

    **ORDERED:**

    1. That the Report and Recommendation of the United States Magistrate Judge dated December 4, 2013, is hereby approved and adopted as the opinion of the court.

    2. That the complaint herein is dismissed with prejudice for failure to prosecute and for failure to obey an order of the court.

    **THIS**, the 3rd day of February, 2014.

                                                                          /s/ Sharion Aycock
                                                                         **U. S. DISTRICT JUDGE**